NUMBER 13-06-071-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

MIRTHALA CASTANEDA MARTINEZ,                           Appellant,

 

                                           v.

 

H.
HOLLIS RANKIN, III,                                              Appellee.

___________________________________________________________________

 

                 On appeal from the 332nd  District Court

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

               Before Justices
Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, MIRTHALA
CASTANEDA MARTINEZ, perfected an appeal from a judgment entered by the 332nd District Court of Hidalgo County, Texas, in
cause number C-771-04-F(1). 
After the record was filed and after the cause was referred to
mediation, the parties filed a joint motion to dismiss the appeal.  In the motion, the parties state that this
case has been resolved and appellant no longer wishes to prosecute this
appeal.  The parties request that this
Court dismiss the appeal and that costs be borne by the party incurring same.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 8th day of June, 2006.